UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

October 18, 2002

MEMORANDUM TO MR. SIMMONS, PLAINTIFF, AND MR. AND MRS. BROADBENT, DEFENDANTS, RE:

Simmons v. Broadbent
Civ. No. AMD 02-3076

The defendants, acting pro se, have filed answers to the complaint in this case. I am today entering a scheduling order.

For reasons that are utterly unclear to me but, I presume, are well known to Mr. Simmons, Mr. Simmons has attempted to make a "federal case" out of a matter as to which, in view of the answer filed by Mrs. Broadbent, much is not disputed. In other words, I take it that Mrs. Broadbent fully admits the essential allegations against her regarding the conversion of funds belonging to Mr. Simmons's law firm. Further, I take it that Mr. Simmons wishes both to (1) seek to impose liability for Mrs. Broadbent's activities upon Mr. Broadbent and (2) achieve as punitive an outcome as might be possible against both defendants. I am constrained to observe that the dubious basis for federal subject matter jurisdiction here should give any prudent lawyer pause in view of the mandate of Fed.R.Civ.P. 11. In any event, I shall expect that all parties will conduct themselves in a professional and courteous manner at all times during the pendency of this case.

The scheduling order will be strictly enforced.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court File