```
                                                    FILED _____ ENTERED
                                             _____ LODGED _____ RECEIVED

        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND         DEC 13 2002

                                                    AT BALTIMORE
ROGER C. SIMMONS,              :              CLERK U.S. DISTRICT COURT
        Plaintiff              :                DISTRICT OF MARYLAND
                               :                              DEPUTY
        v.                     :   Case No. AMD 02-3076
                               :
PAULETTE BROADBENT and JAMES   :
BROADBENT,                     :
        Defendants             :
                        ...oOo...
```

ORDER

The motion of defendant James Broadbent for summary judgment has been read and considered. For good and sufficient reasons, the motion shall be denied without prejudice to its renewal after the close of discovery. Of course, if the claims against defendant James Broadbent have been brought or are maintained in bad faith, the court has an appropriate arsenal of sanctions available to redress such action.

Accordingly, it is this 13th day of December, 2002, by the United States District Court for the District of Maryland, hereby ORDERED

(1) That the motion for summary judgment (Paper No. 10) is DENIED WITHOUT PREJUDICE; and it is further ORDERED

(2) That the Clerk shall TRANSMIT a copy of this Order to counsel and to Mr. Simmons, acting pro se.

_____
André M. Davis
United States District Judge

