IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROGER C. SIMMONS,
   Plaintiff

v.                             CIVIL NO. AMD 02-3076

PAULETTE BROADBENT and
JAMES BROADBENT,
   Defendants

...oOo...

ORDER

The court has been advised that defendant Paulette Broadbent has filed a petition in the United States Bankruptcy Court for the District of Maryland, thus staying this action as to that defendant. This Order is deemed appropriate under the circumstances.

Accordingly, it is this 4th day of February, 2003, by the United States District Court for the District of Maryland, ORDERED

(1) That this action is STAYED AS TO ALL DEFENDANTS pending the action of the United States Bankruptcy Court for the District of Maryland or further order of this court; and it is further ORDERED

(2) That the Clerk of the Court shall ADMINISTRATIVELY CLOSE THIS CASE pending further order of this Court and TRANSMIT copies of this Order to counsel for the parties.

                                        ANDRE M. DAVIS
                                        United States District Judge